NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0001699**
**17-SEP-2014**
**01:45 PM**

NOS. CAAP-13-0001699 AND CAAP-13-0006233

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


LORNA SOUZA, Trustee of the
Irene K. Takahama Trust dated November 19, 1992, as amended,
and the Lawrence I. Takahama Trust dated November 19, 1992,
Plaintiff-Appellee,
v.
ELIZABETH FISHER, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC12-1-000925)

ORDER OF CORRECTION
(By: Nakamura, C.J., for the court)[1]

The Order filed on September 12, 2014, is hereby corrected as follows:

In the caption on the first page, below the identification of the parties, the reference to the court is corrected to read:

**APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC12-1-000925)**

The Clerk of the Court is directed to take all necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawai'i, September 17, 2014.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, C.J., Fujise and Reifurth, JJ.